AO 442 (REV.3/92) Warrant for Arrest                              L. M. Noller, AUSA, (312) 353-5314

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ROBERT STEPHENSON

DOCKETED
APR 1 4 2004

**WARRANT FOR ARREST**
CASE NUMBER:

# 04CR0243

MAGISTRATE JUDGE MASON

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Robert Stephenson__
and bring him or her forthwith to the nearest magistrate to answer a(n)    Name

__Indictment   __Information   _x_Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with knowingly and intentionally distributing a controlled substance, namely, in excess of 50 grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance,

FILED
APR 13 2004
APR 13 2004
APR 13 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

in violation of Title __21__ United States Code, Section __841(a)(1)__

Michael T. Mason
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[Signature] Michael T. Mason
Signature of Issuing Officer

MAR - 4 2004   CHICAGO, ILLINOIS
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Skokie, IL | | |
| DATE RECEIVED
3-4-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST
3-23-04 | Special Agent Brian Schroeder | [Signature] BC Schrod |