DOCKETED
DEC 0 1 2004

FILED
NOV 3 0 2004
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ROBERT STEPHENSON

No. 04 CR 243

FILED
NOV 3 0 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE FILIP

Violations: Title 21, United States
Code, Section 841(a)(1)
**Superseding Indictment**

MAGISTRATE JUDGE MASON

## Count One

The SPECIAL AUGUST 2003-1 GRAND JURY charges:

On or about July 19, 2001, at Evanston, in the Northern District of Illinois, Eastern Division,

ROBERT STEPHENSON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## Count Two

The SPECIAL AUGUST 2003-1 GRAND JURY further charges:

On or about August 2, 2001, at Evanston, in the Northern District of Illinois, Eastern Division,

### ROBERT STEPHENSON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

_____
FOREPERSON

_____
UNITED STATES ATTORNEY