FILED

NOV 3 0 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FELON 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JUDGE FILIP

1)  Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
    NO ☐ YES X ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:
    04 CR 243, U.S. v. Robert Stephenson  *MASO* MAGISTRATE JUDGE MASON

2)  Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
    NO ☐ YES X ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
    04 CR 243, U.S. v. Robert Stephenson, Judge Filip

FILED

NOV 3 0 2004

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

3)  Is this re-filing of a previously dismissed indictment or information?  NO X ☐  YES ☐
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE

4)  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
    NO X ☐  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

DOCKETED

DEC 0 1 2004

5)  Is this a transfer of probation supervision from another district to this District?          NO X ☐  YES ☐

6)  What level of offense is this indictment or information?          FELONY X ☐  MISDEMEANOR ☐

7)  **Does this indictment or information involve eight or more defendants?**          NO X ☐  YES ☐

8)  Does this indictment or information include a conspiracy count?          NO X ☐  YES ☐

9)  Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ............ (II) | X DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ............. (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ............. (III) | ☐ Immigration Laws .............. (IV) |
| ☐ Post Office Robbery ..... (II) | ☐ Auto Theft ............. (III) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ................ (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ............. (IV) |
| ☐ Burglary .............. (IV) | ☐ Counterfeiting ............. (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............. (II) | ☐ Obscene Mail ............. (III) |
| ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ........... (III) | ☐ Other Federal Statutes ......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
Title 21, United States Code, Section 841(a)(1)

LISA M. NOLLER
Assistant United States Attorney