# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

United States of America )
v. )
) Case No. 04 CR 243
Robert Stephenson ) USM No: 16888-424
)
Date of Previous Judgment: _____ ) Defendant's Attorney Michael Petro
(Use Date of Last Amended Judgment if Applicable) )

**Amended** Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☒ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months is **reduced to** __147__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __33__  Amended Offense Level: __31__
Criminal History Category: __III__  Criminal History Category: __III__
Previous Guideline Range: __168__ to __210__ months  Amended Guideline Range: __135__ to __168__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE (Prior to Any Departures)

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __6/2/06__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __7/17/2009__

Judge's signature: HARRY D. LEINENWEBER

Effective Date: _____
(if different from order date)

HARRY D. LEINENWEBER
Printed name and title